### ORDER

PER CURIAM.

In this dissolution of marriage case, wife appeals, and husband cross-appeals, from the judgment entered April 15, 1993. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

friend, appeal from a summary judgment entered by the circuit court in favor of defendant, St. Louis Housing Authority, on plaintiffs' amended petition alleging negligent failure to repair.

The judgment is supported by substantial evidence and is not against the weight of the evidence, and no error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, we have furnished the parties with a memorandum opinion setting forth the facts and reasons for this order. The judgment is affirmed according to Rule 84.16(b).

Willistene **BANKHEAD** and Kendell **Smith, by his Mother and Next Friend, Willistene Bankhead, Appellants,**

v.

**ST. LOUIS HOUSING AUTHORITY, Respondent.**

No. 65085.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 23, 1994.

Robert A. Samuels, St. Louis, for appellants.

Robert L. Nussbaumer, St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

### ORDER

PER CURIAM.

Plaintiffs, Kendell Smith, a minor, and Willistene Bankhead, his mother and next

Tamara S. **BRADDUM, d/b/a Amera–Kora Ent., Plaintiff/Appellant,**

v.

Lawrence **ROSENBLATT, d/b/a L. Rosen and Assoc., Defendant/Respondent,**

and

Barb and Trey **Schaffer, d/b/a Mo. School of Dog Grooming, Defendants.**

No. 65390.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 23, 1994.

Tamara S. Braddum, party acting pro se.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.